Case No. 1:17-CV-01709-AWI-EPG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation; GALLO GLASS COMPANY, a Nevada Corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>STRATEGIC MATERIALS, INC., a Delaware corporation;<br><br>    Defendant. | Case No. 1:17-CV-01709-AWI-EPG<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Pursuant to Plaintiffs' Request to Seal Documents and the accompanying Declaration of Curtis R. Bucey provided by Defendant, the Court hereby finds that portions of the Complaint sought to be sealed in the above-referenced matter includes confidential information and warrants sealing from the general public until the conclusion of this litigation or until otherwise ordered by this Court.

The portions of the Complaint with confidential information includes the following:

- Portions of lines 3 and 4 on page 4;
- Portions of lines 6 through 8 on page 4;

1. - Portions of lines 14 through 18 on page 4;
2. - Portions of lines 23 through 25 on page 4;
3. - Portions of lines 26 through 28 on page 4;
4. - A portion of line 1 on page 5;
5. - Portions of lines 13 and 14 on page 5;
6. - Portions of lines 5 and 6 on page 6;
7. - Portions of lines 10 through 12 on page 6;
8. - Portions of lines 19 through 23 on page 6;
9. - Portions of lines 11 through 13 on page 7;
10. - Portions of lines 5 and 6 on page 8;
11. - Portions of Sections 4.1, 4.2, 4.3, 4.7.1, 4.7.2, 6.0, 6.1, 6.2, 6.3, and Schedule B in Exhibit A; and
13. - Portions of Exhibit B.

Therefore, the Request to Seal Documents is hereby GRANTED.

IT IS SO ORDERED.

Dated: **January 8, 2018**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE