| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation; GALLO GLASS COMPANY, a Nevada Corporation;<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STRATEGIC MATERIALS, INC., a Delaware corporation;<br><br>　　　　　Defendant. | CASE NO. 1:17-CV-01709-AWI-EPG<br><br>**ORDER GRANTING DEFENDANT STRATEGIC MATERIALS, INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>(ECF No. 11) |
| STRATEGIC MATERIALS, INC., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>E. & J. GALLO WINERY, a California corporation,<br><br>　　　　　Counterdefendant. | |

Having considered Defendant Strategic Materials, Inc.'s ("SMI's") Request to Seal Portions of its Answer and Counterclaims, the accompanying Declaration of Curtis R. Bucey, and the papers filed with the Request, the Court finds that portions of the Answer and Counterclaims in the above-

referenced matter include confidential and commercially sensitive information that warrants permanent sealing from the general public until, and only if, otherwise ordered by this Court.

The portions of the Complaint with confidential information include the following:

- Portions of lines 9 and 10 on page 11;
- Portions of lines 25 through 28 on page 11;
- Portions of lines 1 through 2 on page 12;
- Portions of lines 8 through 12 on page 12;
- Portions of lines 13 and 14 on page 12;
- Portions of lines 19 and 20 on page 12;
- Portions of line 23 on page 12;
- Portions of lines 15 through 20 on page 13;
- Portions of lines 23 through 25 on page 13;
- Portions of line 5 on page 17;
- Portions of line 14 on page 18; and
- Portions of lines 17 and 18 on page 18.

Therefore, the Request to Seal Documents is hereby GRANTED.

IT IS SO ORDERED.

Dated: **March 1, 2018**

/s/ *Erici P. Grosj*
UNITED STATES MAGISTRATE JUDGE