# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STRATEGIC MATERIALS, INC., *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01709-EPG<br><br>**ORDER FURTHER MODIFYING THE SCHEDULING ORDER**<br><br>(ECF No. 41) |

After considering the Joint Submission Regarding Case Management, (ECF No. 41), filed by the parties on December 14, 2018, the Court further modifies the Scheduling Order in this action, (ECF No. 26), as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cutoff: | March 15, 2019 | May 17, 2019 |
| Initial Expert Disclosure: | January 25, 2019 | May 31, 2019 |
| Rebuttal Expert Disclosure: | February 25, 2019 | June 28, 2019 |
| Expert Discovery Cut-off: | March 25, 2019 | July 19, 2019 |
| Dispositive Motion Filing: | May 9, 2019 | August 30, 2019 |
| Pretrial Conference: | September 5, 2019 | January 9, 2020 at 11:00 a.m. |
| Jury Trial: | November 5, 2019 | March 10, 2020 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **December 17, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1