# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J. GALLO WINERY, a California Corporation; GALLO GLASS COMPANY, a Nevada Corporation,<br><br>v.<br><br>STRATEGIC MATERIALS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:17-cv-01709-AWI-EPG<br><br>ORDER ON STIPULATION TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS<br><br>(ECF No. 34) |

Having considered the parties' stipulation, and good cause appearing therefore, the Court HEREBY ORDERS:

The parties may complete the depositions of witnesses Brian Michaud, Humberto Perez, and Foung Thao by May 30, 2019, and all other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **May 14, 2019**      /s/ Erica P. Grosjean
            UNITED STATES MAGISTRATE JUDGE

1