UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation; GALLO GLASS COMPANY, a Nevada Corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>STRATEGIC MATERIALS, INC., a Delaware corporation;<br><br>    Defendant. | CASE NO. 1:17-CV-01709-EPG<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT STRATEGIC MATERIALS, INC.'S SUPPLEMENTAL REQUEST TO SEAL CERTAIN DOCUMENTS AND ORDERING THE CLERK OF COURT TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| STRATEGIC MATERIALS, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>E. & J. GALLO WINERY, a California corporation,<br><br>    Counterdefendant. | |

Having considered Defendant Strategic Materials, Inc.'s ("SMI's") Amended Supplemental Request to Seal Certain Documents submitted as exhibits to the Declaration of Nathan Powell in Support of Defendant's Motion to Strike Expert Opinions Based on Undisclosed Damages Claims (the "Powell Declaration"), the August 17, 2018 Protective Order in the above-captioned matter (Dkt. No. 37), and the papers filed with this Request, the Court finds that Exhibits A, B, F, O, Q, S, and X to the Powell Declaration include confidential and commercially sensitive information that warrants permanent sealing from the general public until, and only if, otherwise ordered by this Court.

Therefore, the Amended Request to Seal Certain Documents is hereby GRANTED. The Clerk of Court is ORDERED to file Exhibits A, B, F, O, Q, S, and X to the Powell Declaration (ECF No. 55) under seal.

IT IS SO ORDERED.

Dated: **June 24, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE