1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**FRESNO DIVISION**

11

12 | **E. & J. GALLO WINERY**, a California
corporation; **GALLO GLASS COMPANY**, a
13 | Nevada corporation;

14 |                         Plaintiffs,
15 |           v.

16 | **STRATEGIC MATERIALS, INC.**, a
Delaware corporation;
17

18 |                         Defendant.

**CASE NO. 1:17-CV-01709 EPG**

**ORDER GRANTING PLAINTIFFS'
REQUEST TO SEAL CERTAIN
DOCUMENTS**

Date:   July 19, 2019
Time:   10:00 a.m.
Place:  10, 6th Floor
Judge: Hon. Erica P. Grosjean

19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs E. & J. Gallo Winery's and Gallo Glass Company's ("Gallo's") Request to Seal Certain Documents submitted as exhibits to the Declaration of Julie L. Fieber in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Expert Opinions (the "Fieber Declaration"), the Declaration of Nigel Dart in Support of the Request, the August 17, 2018 Protective Order in the above-captioned matter (ECF No. 37), and the other papers filed with this Request, the Court finds that Exhibit 7 (GALLO_00008614), Exhibit 8 (GALLO_00008616), Exhibit 9 (GALLO_00014320), Exhibit 10 (GALLO_00014323), Exhibit 11 (GALLO_00014727), Exhibit 12 (GALLO_00014869), Exhibit 13 (GALLO_00015049), Exhibit 14 (GALLO_00015119), Exhibit 15 (GALLO_00015122), Exhibit 16 (GALLO_00015128), Exhibit 17 (GALLO_00015185); Exhibit 18 (GALLO_00015210), Exhibit 19 (GALLO_00015226), Exhibit 20 (GALLO_00015242), Exhibit 21 (GALLO_00015267), Exhibit 22 (GALLO_00015309), Exhibit 23 (GALLO_00015607), Exhibit 24 (GALLO_00015608), Exhibit 25 (GALLO_00016357), Exhibit 27 (deposition transcript of Jimmy Rayford), Exhibit 28 (deposition transcript of Curt Bucey), Exhibit 29 (SMI0034490), Exhibit 33 (deposition of Daniel Burkard), Exhibit 36 (GALLO_00001582), Exhibit 37 (deposition transcript of James Rhodes), Exhibit 38 (SMI expert Lawrence Ploetz's Rebuttal Report), and Exhibit 39 (SMI expert Jonathan Walker's Rebuttal Report) to the Fieber Declaration include confidential and commercially sensitive information that warrant permanent sealing from the general public until, and only if, otherwise ordered by this Court.

Therefore, the Request to Seal Certain Documents is hereby GRANTED. Pursuant to the Local Rules, Gallo shall email the unredacted version of the document to ApprovedSealed@caed.uscourts.gov for filing under seal.[1]

IT IS SO ORDERED.

Dated: __**July 19, 2019**__                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/submission-of-sealed-documents/

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28