1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   E.&J. GALLO WINERY, a California          Case No. 1:17-CV-01709-EPG
     corporation; GALLO GLASS COMPANY,
12   a Nevada Corporation,                     ORDER ADOPTING STIPULATION
                                               REGARDING SCHEDULING ORDER IN PART
13              Plaintiffs,                     AND FURTHER MODIFYING THE
                                               SCHEDULING ORDER
14         v.
                                               (ECF NO. 76)
15   STRATEGIC MATERIALS, INC., a
     Delaware corporation;
16
                Defendant.
17

18         On September 6, 2019, in accordance with the Court's August 8, 2019, Order Granting in

19   Part and Denying in Part Defendant Strategic Materials, Inc.'s Motion to Strike (ECF No. 71), the

20   parties submitted a proposed stipulation and proposed order regarding an amended Scheduling

21   Order, which contemplates discovery regarding Plaintiffs' "batch costs" and the corresponding

22   extension of other scheduling deadlines. (ECF No. 76.)

23         Upon review of the Stipulation, the Court finds that it is reasonable and adopts it in part

24   and modifies the Scheduling Order in this action (ECF No. 42.) as follows:

25

26

27

28

                                                 1

| Event | Date |
|---|---|
| Supplemental Batch Cost Document Production | On or before September 20, 2019 |
| Deposition of Gallo FRCP 30(b)(6) witness on Batch Costs | On or before October 31, 2019 |
| SMI's Expert Rebuttal Report | Due February 3, 2020 |
| Completion of Expert Depositions | February 21, 2020 |
| Dispositive Motion Filing Deadline | February 28, 2020 |
| Pretrial Conference | June 11, 2020 at 10:00 a.m. |
| Jury Trial | August 4, 2020 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **September 9, 2019**          /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE