FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
ABIGAIL D. BLODGETT (SBN 278813)
ablodgett@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

D. GREG DURBIN (SBN 81749)
greg.durbin@mccormickbarstow.com
TIMOTHY J. BUCHANAN (SBN 100409)
tim.buchanan@mccormickbarstow.com
**MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP**
7647 N. Fresno Street
Fresno, CA 93720

Telephone: (559) 433-1300
Facsimile: (559) 433-2300

*Attorneys for Plaintiffs*

BENJAMIN WAGNER (SBN 163581)
bwagner@gibsondunn.com
MARTIE KUTSCHER, SBN 302650
mkutscherclark@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 213.229.5333

JASON LO (SBN 219030)
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **E. & J. GALLO WINERY**, a California corporation; **GALLO GLASS COMPANY**, a Nevada Corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>**STRATEGIC MATERIALS, INC.**, a Delaware corporation;<br><br>    Defendant. | **CASE NO. 1:17-CV-01709-AWI-EPG**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS** |

1       THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL STIPULATE as follows:

2       WHEREAS, on September 10, 2019, this Court issued an Order Adopting Stipulation

3  Regarding Scheduling Order In Part And Further Modifying The Scheduling Order (Dkt. No. 76),

4  which, among other things orders that all depositions of Gallo FRCP 30(b)(6) witnesses on Batch

5  Costs shall be completed by October 31, 2019;

6       WHEREAS, due to the varied geographic locations of the witnesses, the schedules of the

7  parties and witnesses, and the conflicting travel obligations of counsel in October, the parties are

8  unable to schedule all remaining depositions of Gallo 30(b)(6) witnesses prior to the October 31

9  deadline;

10       WHEREAS, having reviewed the respective schedules of counsel and the remaining

11  witnesses, the parties propose completing the depositions of the following witnesses on or before

12  November 8, 2019: Joe Majewski, Steve Nicolai, Alex Westmoreland, and Nigel Dart;

13       THEREFORE, the parties hereby stipulate and agree, and respectfully request that the Court

14  order that, the parties may complete the depositions of Gallo 30(b)(6) witnesses Joe Majewski, Steve

15  Nicolai, Alex Westmoreland, and Nigel Dart by November 8, 2019, and all other discovery

16  deadlines remained unchanged.

17

18  DATED:  October 22, 2019      **GIBSON, DUNN & CRUTCHER LLP**

19

20       By: s/ Jason Lo
     Jason Lo

21       *Attorneys for Defendant*

22  DATED:  October 22, 2019      **COTCHETT, PITRE & McCARTHY, LLP**

23

24       By: s/ Julie L. Fieber

25       Julie L. Fieber
     *Attorneys for Plaintiffs*

26

27

28

     JOINT STIPULATION TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS

1

**ORDER**

2     Having considered the parties' stipulation, and good cause appearing therefore, the Court

3  hereby orders:

4     The parties may complete the depositions of Gallo 30(b)(6) witnesses Joe Majewski, Steve

5  Nicolai, Alex Westmoreland, and Nigel Dart by November 8, 2019, and all other discovery

6  deadlines remained unchanged.

7

IT IS SO ORDERED.

8

9     Dated:  __**October 22, 2019**__          /s/ _Erica P. Grosjean_

10                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS