| | |
|---|---|
| FRANK M. PITRE (SBN 100077)<br>fpitre@cpmlegal.com<br>JULIE L. FIEBER (SBN 202857)<br>jfieber@cpmlegal.com<br>ABIGAIL D. BLODGETT (SBN 278813)<br>ablodgett@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br><br>D. GREG DURBIN (SBN 81749)<br>greg.durbin@mccormickbarstow.com<br>TIMOTHY J. BUCHANAN (SBN 100409)<br>tim.buchanan@mccormickbarstow.com<br>**MCCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH LLP**<br>7647 N. Fresno Street<br>Fresno, CA 93720<br><br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300<br><br>*Attorneys for Plaintiffs* | BENJAMIN WAGNER (SBN 163581)<br>bwagner@gibsondunn.com<br>MARTIE KUTSCHER, SBN 302650<br>mkutscherclark@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 213.229.5333<br><br>JASON LO (SBN 219030)<br>jlo@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **E. & J. GALLO WINERY**, a California corporation; **GALLO GLASS COMPANY**, a Nevada Corporation;<br><br>Plaintiff,<br><br>v.<br><br>**STRATEGIC MATERIALS, INC.**, a Delaware corporation;<br><br>Defendant. | **CASE NO. 1:17-CV-01709-AWI-EPG**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS** |

JOINT STIPULATION TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS

THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL STIPULATE as follows:

WHEREAS, on September 10, 2019, this Court issued an Order Adopting Stipulation Regarding Scheduling Order In Part And Further Modifying The Scheduling Order (Dkt. No. 76), which, among other things orders that all depositions of Gallo FRCP 30(b)(6) witnesses on Batch Costs shall be completed by October 31, 2019;

WHEREAS, on October 23, 2019, this Court issued an Order Adopting Stipulation Regarding Extending the Cutoff For Certain Depositions (Dkt. No 89), which orders that all Gallo 30(b)(6) depositions shall be completed by November 8, 2019;

WHEREAS, one of Gallo's witnesses scheduled to be deposed on November 8, 2019 unexpectedly became ill, and was unable to provide testimony on November 8, 2019;

WHEREAS, having reviewed the respective schedules of counsel and the remaining witness, the parties propose completing the 30(b)(6) deposition of the previously-scheduled witness on or before November 14, 2019.

THEREFORE, the parties hereby stipulate and agree, and respectfully request that the Court order that, the parties may complete the deposition of the final Gallo 30(b)(6) witness by November 14, 2019, and all other discovery deadlines remained unchanged.

DATED: November 12, 2019 **GIBSON, DUNN & CRUTCHER LLP**

By: s/ Jason Lo
Jason Lo
*Attorneys for Defendant*

DATED: November 12, 2019 **COTCHETT, PITRE & McCARTHY, LLP**

By: s/ Julie L. Fieber
Julie L. Fieber
*Attorneys for Plaintiffs*

JOINT STIPULATION TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS

**ORDER**

Having considered the parties' stipulation, and good cause appearing therefore, the Court hereby orders:

The parties may complete the depositions of Gallo 30(b)(6) witness by November 14, 2019, and all other deadlines remained unchanged.

IT IS SO ORDERED.

Dated: **November 13, 2019**       /s/ Erin P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

ORDER TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS