UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J. GALLO WINERY, a California corporation, GALLO GLASS COMPANY, a Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC MATERIALS, INC. a Delaware corporation,<br><br>Defendant. | Case No. 1:17-cv-01709-EPG<br><br>ORDER APPROVING STIPULATION TO EXTEND THE CUTOFF FOR CERTAIN DEPOSITIONS AND DISPOSITIVE MOTIONS AND SETTING DISPOSITIVE MOTION AND *DAUBERT* MOTION HEARING DATES<br><br>(ECF No. 96) |

On February 19, 2020, Plaintiffs E. & J. Gallo Winery, a California corporation and Gallo Glass Company, a Nevada Corporation ("Gallo") and Defendant Strategic Materials, Inc. ("SMI") filed a joint stipulation to extend the cutoff for certain depositions and dispositive motions. (ECF No. 96.) The Court has reviewed the joint stipulation and finds good cause to approve same. In addition to modifications proposed by the parties, the Court also sets **May 15, 2020**, as the hearing date for dispositive motions and **June 11, 2020**, as the hearing date for *Daubert* motions. Accordingly, the scheduling order currently in effect is amended as follows:

- The parties may complete the deposition of Mr. Ross on **March 13, 2020**;
- The deadline for filing dispositive motions shall be extended to **March 20, 2020**;
- The deadline for the parties to file *Daubert* motions challenging expert opinions shall be **April 10, 2020**;
- Opposition briefs to dispositive motions shall be filed by **April 17, 2020**;
- Reply briefs for dispositive motions shall be filed by **May 1, 2020**;

1

- A hearing on any dispositive motions shall take place on **May 15, 2020, at 1:30 p.m. in Courtroom 10**;
- Opposition briefs to any *Daubert* motions shall be filed by **May 15, 2020**;
- Reply briefs for any *Daubert* motions shall be filed by **May 29, 2020**;
- A hearing on any *Daubert* motions is set for **June 11, 2020, at 1:30 p.m**. in Courtroom 10 to coincide with the Pre-Trial Conference.

The Pre-Trial Conference shall remain as scheduled for **June 11, 2020**, however, it will occur at 1:30 p.m. and not 10:00 a.m. Trial remains as scheduled for **August 4, 2020**.

IT IS SO ORDERED.

Dated: **February 20, 2020**

/s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE