**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| E. & J. GALLO WINERY, et al.<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC MATERIALS, INC.,<br><br>Defendant. | CASE NO. 1:17-cv-01709-EPG<br><br>**ORDER VACATING ALL DEADLINES OTHER THAN WITH RESPECT TO SEALING REQUESTS** |

On June 1, 2020, the parties filed a stipulation of dismissal with prejudice. (ECF No. 134). Under Federal Rule of Civil Procedure 41(a)(2), the action has now ended. The Court VACATES all deadlines and hearings other than those with respect to sealing requests as discussed in the Court's June 4, 2020 order, (ECF No. 135). *See Gamble v. Deutsche Bank AG*, 377 F.3d 133, 139-140 (2d Cir. 2004) (holding that while generally, a "filing in the district court of a stipulation of dismissal signed by all parties pursuant to Rule 41(a)(1)(ii) divests the court of all jurisdiction over a case," a district court maintains "jurisdiction either to dispose of material in its files as it thinks appropriate or to modify or vacate its own protective orders with respect to such documents").

IT IS SO ORDERED.

Dated:  **June 5, 2020**           /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

1