UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STRATEGIC MATERIALS, INC.,<br><br>Defendant. | No.  1:17-cv-01709-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 134) |

    Plaintiffs E&J Gallo Winery and Gallo Glass Company and Defendant Strategic Materials, Inc. have filed a stipulation to dismiss the entire action with prejudice. (ECF No. 134). In light of the stipulation, the case has ended and is dismissed with prejudice. See Fed. R. Civ. P. 41(a)(1)(A); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

    Dated:  **July 22, 2020**                     /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE